Filed:  September 6, 2001

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 01-6383
(CR-94-802)

_____

United States of America,

Plaintiff - Appellee,

versus

Alonza Dacosta Grant,

Defendant - Appellant.

_____

O R D E R

_____

The court amends its opinion filed August 8, 2001, as follows:

On the cover sheet, section 3, line 3 -- the district court number is corrected to read "CR-94-802."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6383**

———————————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

     versus

ALONZA DACOSTA GRANT,

                                Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Anderson. Henry M. Herlong, Jr., District Judge. (CR-94-802)

———————————

Submitted: July 31, 2001          Decided: August 8, 2001

———————————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alonza Dacosta Grant, Appellant Pro Se. Jon Rene Josey, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alonza Dacosta Grant appeals the district court's order denying his motion for "downward departure" based on extraordinary physical impairment.  Grant's motion is properly characterized as a motion for modification of sentence.  The circumstances under which a district court may modify a sentence are strictly limited by Fed. R. Crim. P. 35, and 18 U.S.C.A. §§ 3582(c), 3742 (West 2000).  None of these provisions grant the district court authority to modify Grant's sentence based on the grounds asserted.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED